| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>BAER, JR., HAROLD | 2. Court or Organization<br><br>US DISTRICT | 3. Date of Report<br><br>05/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>ROOM 2230 US COURTHOUSE<br>500 PEARL STREET<br>NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | NEW YORK MANAGEMENT WELFARE FUND |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 A 11: 52 FINANCIAL DISCLOSURE OFFICE

Baer Jr_Harold

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 05/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | MATTHEW BENDER & CO., INC. - BOOK ROYALTIES | $1,664.00 |
| 2. | | PENSION - NY STATE EMPLOYEES' RETIREMENT SYSTEM | $21,650.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FJC EDUCATIONAL SEMINAR | 01/10/2008-01/12/2008 | STANFORD, CA | LODGING & TRANSPORTATION | |
| 2. | NON-FJC EDUCATIONAL SEMINAR | 01/27/2008 - 02/03/2008 | NEVIS, BAHAMAS | LODGING & TRANSPORTATION | |
| 3. | FJC EDUCATIONAL SEMINAR | 03/09/2008 -03/12/2008 | REDONDO BEACH, CA | LODGING & TRANSPORTATION | |
| 4. | MEETING OF CIRCUIT JUDICIAL COUNCIL/COMMITTEE | 06/10/2008 - 06/07/2008 | NEW PALTZ, NY | LODGING & TRANSPORTATION | |
| 5. | NON-FJC EDUCATIONAL SEMINAR | 06/10/2008 - 06/11/2008 | BOSTON, MA | LODGING & TRANSPORTATION | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 05/12/2009 |

| 6. NON-FJC EDUCATIONAL SEMINAR | 10/23/2008 - 10/26/2008 | LAJOLLA, CA | LODGING & TRANSPORTATION |
|---|---|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. WACHOVIA SECURITIES (H) | SECURITIES MARGIN ACCOUNT | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ROCHESTER FD ● | B | Dividend | M | T | | | | | |
| 2. EXXON MOBILE CORP ● | A | Dividend | K | T | Sold (part) | 6/24 | J | A | |
| 3. HOME DEPOT INC, ● | A | Dividend | J | T | | | | | |
| 4. PROCTOR & GAMBLE CO. ● | B | Dividend | K | T | | | | | |
| 5. DWS SCUDDER GLOBAL FUND | A | Dividend | J | T | | | | | |
| 6. INTEL CORP | A | Dividend | J | T | | | | | |
| 7. ROCHESTER MUNICIPAL FUND, INC. (H) | B | Dividend | | | Sold | 12/30 | K | A | |
| 8. FIRST ENERGY CORP | B | Dividend | K | T | | | | | |
| 9. PFIZER, INC | C | Dividend | K | T | Sold (part) | 6/24 | J | A | |
| 10. CYPRESS SEMICONDUCTOR CORP | | None | J | T | | | | | |
| 11. OPPENHEIMER CAPITAL APPRE. FD IRA ● | | None | K | T | | | | | |
| 12. QUEST FOR DUAL PURPOSE FUND IRA | | None | | | Sold | 1/01 | J | A | |
| 13. OCC CASH RESERVE | | None | | | Sold | 1/1 | J | A | |
| 14. OPPENHEIMER QUEST CAPITAL VALUE FUND | | None | | | Sold | 1/1 | J | A | |
| 15. 3.67% INTEREST BUILDING BROOKLYN, NY | B | Rent | J | W | | | | | |
| 16. PLAINS ALL AMERICAN PIPELINE LP | B | Dividend | J | T | | | | | |
| 17. MEDCO HEALTH SOLUTIONS ● | A | Dividend | J | T | – | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  GENERAL ELECTRIC ● | A | Dividend | J | T | | | | | |
| 19.  ICICI BANK LTD | A | Dividend | J | T | | | | | |
| 20.  IDEARC INC | A | Dividend | J | T | | | | | |
| 21.  I SHARES MSCI | A | Dividend | J | T | | | | | |
| 22.  CAPITAL WORLD GROWTH INCOME FUND | A | Dividend | K | T | | | | | |
| 23.  ASBURY AUTOMOBILE GROUP ● | A | Dividend | | | Sold | 12/29 | J | A | |
| 24.  SOUTHWEST AIRLINES CO. | B | Dividend | | | Sold | 12/30 | J | A | |
| 25.  INTERACTIVE BROKERS GROUP | | None | | | Sold | 1/1 | J | A | |
| 26.  I SHARES TR S&P GLOBAL FIN'LS | A | Dividend | J | T | Buy | 10/1 | J | | |
| 27.  SUNPOWER CORP | | None | K | T | Spinoff (from line 10) | 9/29 | | | |
| 28.  OPPENHEIMER AMT-FREE NY MUNICIPAL FUND | | None | K | T | Buy | 12/30 | K | | |
| 29.  OPPENHEIMER NEW YORK MUNICIPAL FUND | | None | K | T | Buy | 12/30 | K | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 05/12/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



5/14/09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544